
DOCKET NO. 1407

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

#### (SEE ATTACHED SCHEDULE)

#### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 1 4 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By_____ Deputy Clerk



PAGE 1 OF 3

# SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
### IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A.NO.** | **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WAW | 2 | 01-1693 | ALN | 2 | 01-2101 | Ethel Pearl Gadsden Middleton, etc. v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~02-895~~ | ~~ALN~~ | ~~2~~ | ~~02-408~~ | ~~Cleotha Beasley v. American Home Products Corp., et al.~~ Opposed 10/14/04 |
| WAW | 2 | 02-1510 | ALN | 2 | 02-1204 | Rushie Hall v. Bayer Corp. |
| WAW | 2 | 02-418 | ALN | 3 | 01-1294 | Kenneth Bevis, et al. v. Glaxosmithkline Corp., et al. |
| ~~WAW~~ | ~~2~~ | ~~02-419~~ | ~~ALN~~ | ~~3~~ | ~~01-2303~~ | ~~Phillip Wiggins, et al. v. American Home Products Corp., et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-1511~~ | ~~ALN~~ | ~~5~~ | ~~02-1287~~ | ~~William J. Burns, Jr. v. Wyeth, Inc., et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-1512~~ | ~~ALS~~ | ~~2~~ | ~~02-317~~ | ~~Berneata T. Harris, etc. v. Bayer Corp.~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~01-1642~~ | ~~CAC~~ | ~~2~~ | ~~01-6835~~ | ~~Ramona Wallace v. Whitehall-Robins Healthcare, et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2131~~ | ~~CAC~~ | ~~2~~ | ~~01-9389~~ | ~~Delores Hall v. Thompson Medical Co., Inc., et al.~~ Opposed 10/13/04 |
| WAW | 2 | 01-2132 | CAC | 2 | 01-9391 | Tyrone Denson v. Bayer Corp. |
| WAW | 2 | 02-897 | CAC | 2 | 01-9404 | Rick Casanova, et al. v. Vons Companies, Inc. |
| ~~WAW~~ | ~~2~~ | ~~02-1010~~ | ~~CAC~~ | ~~2~~ | ~~01-10869~~ | ~~Jasmine Bias, et al. v. Bayer Corp.~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~02-764~~ | ~~CAC~~ | ~~2~~ | ~~02-992~~ | ~~Theresa Letour, et al. v. Bayer Corp., et al.~~ Opposed 10/13/04 |
| WAW | 2 | 02-765 | CAC | 2 | 02-995 | Donna Garcia v. Bayer Corp., et al. |
| WAW | 2 | 02-766 | CAC | 2 | 02-997 | Jason Kenterson, et al. v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~02-899~~ | ~~CAC~~ | ~~8~~ | ~~01-1050~~ | ~~Marsha Archer, et al. v. Whitehall-Robins, et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-338~~ | ~~CAE~~ | ~~1~~ | ~~01-6389~~ | ~~Earl Sherwood v. American Home Products Corp.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-339~~ | ~~CAE~~ | ~~1~~ | ~~01-6390~~ | ~~Robert Stotler, et al. v. Bayer Corp., et al.~~ Opposed 101/4/04 |
| ~~WAW~~ | ~~2~~ | ~~02-526~~ | ~~CAE~~ | ~~1~~ | ~~02-5031~~ | ~~Alvin Carter, et al. v. Bayer Corp., et al.~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~02-771~~ | ~~CAE~~ | ~~2~~ | ~~01-2045~~ | ~~Sandra Espinoza v. Whitehall-Robins, et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-902~~ | ~~CAN~~ | ~~5~~ | ~~01-21024~~ | ~~Susan Jennings, et al. v. Whitehall-Robins, et al.~~ Opposed 10/14/04 |
| WAW | 2 | 02-1261 | CT | 3 | 02-628 | Linda King Corbin, et al. v. SmithKline Beecham Corp. |
| WAW | 2 | 02-1262 | GAN | 1 | 02-833 | Sylvia Smith, etc. v. Novartis, AG, et al. |
| ~~WAW~~ | ~~2~~ | ~~02-22~~ | ~~INN~~ | ~~2~~ | ~~01-599~~ | ~~Karen Baranowski, et al. v. American Home Products Corp.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-905~~ | ~~KYW~~ | ~~3~~ | ~~01-707~~ | ~~Shirley Figg v. American Home Products Corp., et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2146~~ | ~~LAE~~ | ~~2~~ | ~~01-3420~~ | ~~Pamela Pollard, et al. v. Bayer Corp.~~ Opposed 10/13/04 |
| WAW | 2 | 02-262 | LAE | 2 | 01-3549 | James Roundtree v. Bayer Corp. |
| WAW | 2 | 02-348 | LAE | 2 | 01-3846 | Roy Milton Forest, Jr., et al. v. Bayer Corp. |
| WAW | 2 | 01-1754 | LAM | 3 | 01-512 | Joseph Darville, et al. v. Novartis Pharmaceuticals, Inc. |
| WAW | 2 | 01-1647 | LAM | 3 | 01-678 | Ruth Stevenson, et al. v. Novartis Consumer Health, Inc., et al. |
| WAW | 2 | 01-2106 | LAM | 3 | 01-860 | Allen Alexander, et al. v. Bayer Corp. |
| WAW | 2 | 01-2107 | LAM | 3 | 01-861 | Lucille Wolfe, et al. v. Bayer Corp., et al. |
| WAW | 2 | 01-2111 | LAM | 3 | 01-872 | Joseph D. McGee, Sr., et al. v. Bayer Corp., et al. |
| WAW | 2 | 01-2156 | LAM | 3 | 01-934 | Vivian Spears, et al. v. Novartis Pharmaceuticals Corp., et al |
| WAW | 2 | 01-2157 | LAM | 3 | 01-941 | Kathleen Clark, et al. v. Bayer Corp. |
| WAW | 2 | 01-2158 | LAM | 3 | 01-942 | Gloria Coleman, etc. v. Bayer Corp. |
| WAW | 2 | 01-2159 | LAM | 3 | 01-943 | Grover C. Harrison, Jr. v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~02-545~~ | ~~LAM~~ | ~~3~~ | ~~02-19~~ | ~~Richard Coleman v. Bayer Corp.~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~02-30~~ | ~~LAW~~ | ~~1~~ | ~~01-2073~~ | ~~Alene Finnester v. Whitehall-Robins Healthcare, et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2095~~ | ~~LAW~~ | ~~1~~ | ~~01-2090~~ | ~~Gloria Jenkins v. Bayer Corp.~~ Opposed 10/13/04 |
| WAW | 2 | 01-2096 | LAW | 1 | 01-2091 | Cecil McKey, et al. v. Bayer Corp. |
| WAW | 2 | 02-1520 | LAW | 1 | 02-479 | Clemontine Rivers v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~01-2097~~ | ~~LAW~~ | ~~2~~ | ~~01-2093~~ | ~~Preston Stemmann v. Bayer Corp.~~ Opposed 10/13/04 |
| WAW | 2 | 02-1521 | LAW | 2 | 02-816 | Jimmy R. Fleniken, et al. v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~01-1796~~ | ~~LAW~~ | ~~3~~ | ~~01-1761~~ | ~~Bobby Gray v. Bayer Corp., et al.~~ Opposed 10/14/04 |

SCHEDULE FOR CONDITIONAL REMAND ORDER      MDL-1407 (Cont.)            PAGE 2 OF 3

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| ~~WAW~~ | ~~2~~ | ~~02-791~~ | ~~LAW~~ | ~~3~~ | ~~01-2095~~ | ~~Linda Spillers, et al. v. American Home Products Corp.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2099~~ | ~~LAW~~ | ~~3~~ | ~~01-2097~~ | ~~Sandra Young, etc. v. Bayer Corp.~~ Opposed 10/13/04 |
| WAW | 2 | 01-2165 | LAW | 3 | 01-2395 | Albert Henderson, et al. v. Bayer Corp. |
| WAW | 2 | 02-792 | LAW | 3 | 02-184 | Mary Louise Hunnicutt v. Novartis Corp. |
| WAW | 2 | 01-1407 | LAW | 5 | 01-522 | Carolyn Yoakum v. Novartis Corp., et al. |
| WAW | 2 | 01-2060 | LAW | 5 | 01-1489 | Diane Thomas, et al. v. Bayer Corp., et al. |
| WAW | 2 | 01-1649 | LAW | 5 | 01-1598 | Vera Goins v. Bayer Corp., et al. |
| WAW | 2 | 01-2048 | LAW | 5 | 01-1744 | Pinkie Ruffin v. Bayer Corp., et al. |
| ~~WAW~~ | ~~2~~ | ~~01-2016~~ | ~~LAW~~ | ~~5~~ | ~~01-1922~~ | ~~R.L. George v. Bayer Corp., et al.~~ Opposed 10/14/04 |
| WAW | 2 | 01-2169 | LAW | 5 | 01-2224 | Ron E. Allegretto, et al. v. GlaxoSmithKline, et al. |
| WAW | 2 | 02-275 | LAW | 5 | 01-2437 | Albert H. Macon, et al. v. Bayer Corp. |
| WAW | 2 | 02-550 | LAW | 5 | 01-2507 | Shannon Dudley v. Novartis Consumer Health, Inc., et al. |
| WAW | 2 | 02-1524 | LAW | 5 | 02-470 | Gladys Russ v. Bayer Corp. |
| WAW | 2 | 02-1174 | LAW | 5 | 02-522 | Zula Hunter v. Bayer Corp., et al. |
| WAW | 2 | 01-1756 | LAW | 6 | 01-858 | Linda Vizena, et al. v. Novartis Corp., et al. |
| WAW | 2 | 01-2103 | LAW | 6 | 01-2141 | Michael Mitchell, et al. v. Bayer Corp., et al. |
| ~~WAW~~ | ~~2~~ | ~~01-2173~~ | ~~LAW~~ | ~~6~~ | ~~01-2282~~ | ~~Byron D. Minor, et al. v. Bayer Corp., et al.~~ Opposed 10/13/04 |
| ~~WAW~~ | ~~2~~ | ~~01-2174~~ | ~~LAW~~ | ~~6~~ | ~~01-2284~~ | ~~Emile Pitre v. Bayer Corp.~~ Opposed 10/13/04 |
| WAW | 2 | 02-34 | LAW | 6 | 01-2439 | Kathy Bartram, et al. v. Bayer Corp., et al. |
| ~~WAW~~ | ~~2~~ | ~~01-2093~~ | ~~MN~~ | ~~0~~ | ~~01-1868~~ | ~~Patricia Ann Medina, etc. v. Bayer Corp., et al.~~ Opposed 10/13/04 |
| WAW | 2 | 02-35 | MN | 0 | 01-2122 | Tammy Taylor v. Bristol-Myers Squibb Co. |
| WAW | 2 | 02-1862 | MN | 0 | 02-1120 | Michael Hoover, et al. v. SmithKline Beecham Corp., et al. |
| WAW | 2 | 02-2602 | MN | 0 | 02-3813 | Kathy C. Johnson, etc. v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~02-361~~ | ~~MSS~~ | ~~3~~ | ~~01-964~~ | ~~Inez Lyons v. Bayer Consumer Care~~ Opposed 10/13/04 |
| WAW | 2 | 02-36 | MSS | 4 | 01-353 | James H. Williams v. Novartis Consumer Health, Inc. |
| ~~WAW~~ | ~~2~~ | ~~02-554~~ | ~~MSS~~ | ~~4~~ | ~~01-374~~ | ~~Donald Moulds, etc. v. Bayer Consumer Care~~ Opposed 10/13/04 |
| WAW | 2 | 01-2091 | MSS | 5 | 01-309 | Rona J. Averill v. Schering-Plough Healthcare Products, Inc. |
| ~~WAW~~ | ~~2~~ | ~~01-1875~~ | ~~NCE~~ | ~~7~~ | ~~01-110~~ | ~~Aaron Victor Martin Fryar, et al. v. Novartis Consumer Health, Inc., et al.~~ Opposed 10/14/04 |
| WAW | 2 | 02-1529 | NCM | 1 | 02-345 | Jane Anderson, et al. v. Perrigo Co., Inc., et al. |
| WAW | 2 | 01-1757 | NE | 4 | 01-3090 | Russell Outz v. Novartis Consumer Health, Inc. |
| ~~WAW~~ | ~~2~~ | ~~01-1653~~ | ~~NV~~ | ~~2~~ | ~~01-581~~ | ~~Maria T. Graziose, et al. v. American Home Products Corp., et al~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-37~~ | ~~NYS~~ | ~~1~~ | ~~01-8840~~ | ~~Barbara B. Stevens, et al. v. American Home Products Corp., et al.~~ Opposed 10/14/04 |
| WAW | 2 | 02-1265 | NYS | 1 | 02-884 | Juan A. Gutierrez v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~02-2616~~ | ~~NYS~~ | ~~7~~ | ~~02-7979~~ | ~~Patricia Wood v. Whitehall-Robins~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-38~~ | ~~OHN~~ | ~~1~~ | ~~01-2526~~ | ~~Kathlyn Kopecky, etc. v. American Home Products Corp.~~ Opposed 10/14/04 |
| WAW | 2 | 02-1535 | OHS | 2 | 02-469 | Matthew John Diamond v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~01-2183~~ | ~~OHS~~ | ~~3~~ | ~~01-452~~ | ~~Katherine W. Grunwell, etc. v. Bayer Corp.~~ Opposed 10/13/04 |
| WAW | 2 | 02-2023 | OKN | 4 | 02-502 | Wanda Meyer v. Novartis Consumer Health, Inc., et al. |
| ~~WAW~~ | ~~2~~ | ~~02-1177~~ | ~~OKW~~ | ~~5~~ | ~~02-284~~ | ~~Sherri Scherf, etc. v. American Home Products Corp., et al.~~ Opposed 10/13/04 |
| WAW | 2 | 01-1758 | PAE | 2 | 01-1567 | Donald Michael Dunar v. Novartis Consumer Health, Inc., et al. |
| ~~WAW~~ | ~~2~~ | ~~01-1704~~ | ~~PAE~~ | ~~2~~ | ~~01-2483~~ | ~~Vicki D. Vogt, et al. v. American Home Products Corp., et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~01-1655~~ | ~~SC~~ | ~~7~~ | ~~01-2143~~ | ~~Kimberly P. Strazis, et al. v. Bayer Corp., et al.~~ Opposed 10/13/04 |
| WAW | 2 | 01-1881 | TNE | 1 | 01-7 | Janet Cotter, et al. v. Novartis Consumer Health, Inc., et al. |
| ~~WAW~~ | ~~2~~ | ~~02-40~~ | ~~TNE~~ | ~~1~~ | ~~01-329~~ | ~~Kevin Walker v. American Home Products Corp., et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-371~~ | ~~TXE~~ | ~~1~~ | ~~01-872~~ | ~~Paul Kelley, et al. v. Bayer Corp., et al.~~ Opposed 10/14/04 |
| WAW | 2 | 02-1868 | TXE | 6 | 02-263 | Clifton Wayne Tobias v. Novartis AG, et al. |
| ~~WAW~~ | ~~2~~ | ~~01-1706~~ | ~~TXE~~ | ~~9~~ | ~~01-157~~ | ~~Trecina G. Washington v. American Home Products, Inc., et al.~~ Opposed 10/14/04 |
| WAW | 2 | 01-1403 | TXN | 1 | 01-47 | Kelley Howard v. Schering-Plough Corp. |
| WAW | 2 | 02-372 | TXN | 3 | 01-2648 | Lonnie J. Roberts v. Smithkline Beecham Corp. |
| WAW | 2 | 02-2026 | TXN | 5 | 02-150 | Tracey Noble v. Novartis Pharmaceuticals Corp., et al. |
| WAW | 2 | 01-1883 | TXS | 3 | 01-519 | Karen Sue Tanner v. Novartis Consumer Health, Inc. |

SCHEDULE FOR CONDITIONAL REMAND ORDER      MDL-1407 (Cont.)            PAGE 3 OF 3

| -- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 02-1547* | KYW | 3 | 01-753 | Paul Huffer v. Novartis Pharmaceuticals Corp., et al. |
| WAW | 2 | 02-1548* | KYW | 3 | 01-753 | Donald L. Morris, etc. v. GlaxoSmithKline, PLC, et al. |
| WAW | 2 | 03-1375* | KYE | 5 | 01-456 | Pamela Huggins v. Bayer Corp. |
| ~~WAW~~ | ~~2~~ | ~~03-1384*~~ | ~~TNW~~ | ~~2~~ | ~~01-2921~~ | ~~Mildred Jones v. American Home Products~~ Opposed 10/14/04 |
| WAW | 2 | 03-1391* | CAN | 3 | 01-4181 | Kathleen Glorioso v. Bayer Corp. |
| WAW | 2 | 03-2103* | MSS | 4 | 01-169 | Edna M. Barnett v. Bayer Corp., et al. |
| ~~WAW~~ | ~~2~~ | ~~02-1544~~ | ~~WIE~~ | ~~2~~ | ~~02-227~~ | ~~Richard L. Powers v. Whitehall-Robins, et al.~~ Opposed 10/14/04 |
| ~~WAW~~ | ~~2~~ | ~~02-553~~ | ~~WIW~~ | ~~3~~ | ~~02-66~~ | ~~Terry L. Bouk v. Bayer Corp.~~ Opposed 10/13/04 |
| WAW | 2 | 02-1268 | WIW | 3 | 02-78 | Linda R. Grover v. SmithKline Beecham Consumer Healthcare, et al. |

*WAW case number assigned after severance order was issued in W.D. Washington