UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LINDA A. KING-CORBIN and
CLARENCE CORBIN,
    Plaintiffs

V.                              CIVIL NO. 3:02CV00628(AVC)

SMITHKLINE BEECHAM CORP.
a/k/a GLAXOSMITHKLINE,
    Defendant

## O R D E R

The above referenced action having been transferred on October 27, 2004 from the Western District of Washington (Seattle) to the District of Connecticut upon order of remand from the Judicial Panel on Multidistrict Litigation, and further

The Panel, having been notified by the transferee court that the coordinated or consolidated pretrial proceedings have been completed; it is hereby

ORDERED that the parties file and serve on or before November 30, 2004, a status report indicating what, if any, proceedings are necessary prior to trial.

Dated at Hartford, Connecticut, this ___ day of November, 2004.

                                        /s/ AVC
                                        Alfred V. Covello
                                        United States District Judge