UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA A. KING-CORBIN AND<br>CLARENCE CORBIN | CIVIL ACTION NO.<br>302CV628 AVC |
| Plaintiffs | |
| VS. | |
| SMITHKLINE BEECHAM CORPORATION<br>a/k/a GLAXOSMITHKLINE | |
| Defendants | NOVEMBER 30, 2004 |

## STATUS REPORT

Pursuant to the Court's November 12, 2004 Order, the parties hereby file the following status report.

### I. NATURE OF CLAIM

This case is a product liability claim alleging that an over-the-counter cold medication (Contac) manufactured and sold by the defendant caused the plaintiff to sustain a hemorrhagic stroke on October 4, 1999.

The plaintiffs contend that a chemical component of the medication, Phenylpropanolamine (PPA), caused the stroke.

The defendants deny that the medication caused or contributed to the hemorrhagic event.

## II. DAMAGES

Linda King-Corbin is a 48 year old civil engineer who is employed by the Connecticut Department of Public Utilities. Following the hemorrhagic event, she was rushed to St. Francis Hospital where she remained f    or 18 days. During the hospitalization, she underwent 2 coil embolization procedures to repair aneurysms in her left internal carotid artery. She also developed persistent respiratory problems and was diagnosed as having sustained a myocardial infarction.

Following the hospitalization, she was transferred to the Easter Seals Rehabilitation Center in Windsor for 17 days where she underwent comprehensive occupational,

physical and speech therapy. Thereafter, she received extensive outpatient physical and occupational therapy.

Her chief claims are that as a result of the hemorrhagic event, she has been left with residual difficulties with both her memory as well as with problem-solving. In addition, she has left leg numbness, which affects her balance, and an overall lack of energy, which impacts virtually all aspects of daily living.

Linda King-Corbin was out of work for approximately 1½ years and thereafter returned to work on a gradual basis. She currently works approximately 28 - 30 hours a week.

Clarence Corbin has been married to Linda King-Corbin for past 18 years. He has a loss of consortium claim.

### III. PROCEDURAL HISTORY

This case was filed with the Court on April 9, 2002. The defendant filed an Answer with Affirmative Defenses on May 10, 2002.

On June 20, 2002, the case was transferred to MDL #1407 In Re Phenylpropanolamine (PPA) Products Liability Litigation assigned to Judge Barbara Rothstein of the Western District of Washington. The case recently was remanded to this Court.

**IV. DISCOVERY**

The parties have engaged in extensive discovery in this case. Specifically, the plaintiff answered a MDL mandated comprehensive fact sheet in lieu of case specific discovery requests. Depositions have been taken of the following individuals:

1. Linda King-Corbin - plaintiff
2. Clarence Corbin - plaintiff
3. Kim Hall-Moore - close friend of plaintiff
4. Linda Foreman - close friend of plaintiff

The following treating physicians also have been deposed:

1. Dr. Roy Kellerman - internist

   2. Dr. Stephen Calderon - neurosurgeon

   3. Dr. Abner Gershon - neuroradiologist

   4. Dr. Paul Stroebel - cardiologist

   5. Dr. Lawrence Pareles - cardiologist

**V. FUTURE DISCOVERY**

The parties have not yet disclosed case specific expert witnesses. At this point, it is expected that each side will be disclosing 2 - 3 expert witnesses.

**VI. SETTLEMENT**

In response to a specific MDL Case Management Order, the parties have agreed to engage in good faith negotiations to resolve this case. The parties will schedule a settlement meeti ng/mediation within the next 60 days. In the event that the matter does not resolve, the parties request that they be allowed to submit a proposed Scheduling Order.

RESPECTFULLY SUBMITTED:

PLAINTIFFS,
LINDA KING-CORBIN &
CLARENCE CORBIN

By _____
David Thomas Ryan
ROBINSON & COLE
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200

DEFENDANTS,
SMITHKLINE BEECHAM CORP.,
A/K/A GLAXOSMITHKLINE

By _____
Timothy W. Donahue
DONAHUE, DURHAM & NOONAN, PC
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168
Federal Bar No. CT04339