UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 30  A 9:54
US DISTRICT COURT
HARTFORD CT

LINDA A. KING-CORBIN and
CLARENCE CORBIN,
    Plaintiffs

v.

SMITHKLINE BEECHAM CORP.
a/k/a GLAXOSMITHKLINE,
    Defendants.

Civil No. 3:02CV628(AVC)

### SCHEDULING ORDER

(1) <u>All</u> discovery, including all depositions of <u>all</u> witnesses, shall be completed by December 31, 2005;

(2) the parties shall exchange a damage analysis, if necessary, on or before August 31, 2005;

(3) the plaintiffs shall designate all trial experts and provide opposing counsel with reports from retained experts on or before September 30, 2005, and depositions of such experts shall be completed by October 31, 2005;

(4) the defendants shall designate all trial experts and provide opposing counsel with reports from retained experts on or before November 30, 2005, and depositions of any such experts shall be completed by December 31, 2005;

(5) The parties shall file all motions, except motions <u>in limine</u> incident to trial, on or before January 31, 2006;

(6) The parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calender, and be sent to the parties on February 28, 2006;

(7) The case shall be ready for trial by March 31, 2006.

It is SO ORDERED this 29th day of March, 2005, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge