UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA A. KING-CORBIN AND CLARENCE CORBIN` | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:02CV628(AVC) |
| | : | |
| V. | : | |
| | : | |
| SMITHKLINE BEECHAM CORPORATION A/K/A GLAXOSMITHKLINE | : | |
| | : | |
| Defendant. | : | OCTOBER 18, 2005 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiffs, Linda A. King-Corbin and Clarence Corbin, and Defendant, Smithkline Beecham Corporation a/k/a Glaxosmithkline, hereby stipulate to the entry of a dismissal with prejudice of the Complaint in the titled action.

Each of the undersigned parties stipulates that they will bear its own costs of litigation and that no other undersigned party will seek costs from another undersigned party, nor will interest be sought from any undersigned party.

WHEREFORE, the parties respectfully request that this Court dismiss with prejudice the Complaint in the titled action.

| | |
|---|---|
| PLAINTIFFS<br>LINDA A. KING-CORBIN AND<br>CLARENCE CORBIN | DEFENDANT<br>SMITHKLINE BEECHAM CORPORATION<br>A/K/A GLAXOSMITHKLINE |
| By  /s/David Thomas Ryan                         <br>Donahue                     <br>    David Thomas Ryan (CT 05713)<br>    ROBINSON & COLE, LLP<br>    280 Trumbull Street<br>    Hartford, CT 06103-3597<br>    Tel No.: (860) 275-8200<br>    Fax No.: (860) 275-8299<br>    E-mail: dryan@rc.com | By  /s/ Timothy W.<br>    Timothy W. Donahue (CT 04339)<br>    DONAHUE, DURHAM & NOONAN, P.C.<br>    741 Boston Post Road<br>    Guilford, CT 06437<br>    Tel No.: (203) 458-9168<br>    Fax No.: (203) 458-4424<br>    E-mail: tdonahue@ddnctlaw.com |